**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIO ANTONIO HERNANDEZ POPOCATI, | : | Civil No. 1:26-CV-01108 |
| | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 3ʳᵈ day of June, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration judge as soon as possible but no later than **June 17, 2026**.

4) Petitioner shall file a status report by **June 24, 2026** to advise the court of the status of the bond hearing.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania